# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| van Meerveld, Janis | United States District Court of Eastern District of Louisian | 05/07/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

Hale Boggs Building, Room B345
500 Poydras Street
New Orleans, LA 70130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Boys Hope Girls Hope of New Orleans |
| 2. | Board Member | Federal Bar Association |
| 3. | Executor | Family Estate |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Adams and Reese LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**✔** NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. IRA Account #1 (H) | | | | | | | | | |
| 2. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 3. FIDELITY INTERNATL INDEX FUND (FSPSX) | A | Dividend | J | T | | | | | |
| 4. FIDELITY 500 INDEX FUND (FXAIX) | A | Dividend | J | T | | | | | |
| 5. FIDELITY SMALL CAP INDEX FUND (FSSNX) | A | Dividend | J | T | | | | | |
| 6. FIDELITY MID CAP INDEX FUND (FSMDX) | A | Dividend | J | T | | | | | |
| 7. | A | Distribution | | | | | | | |
| 8. FIDELITY EMERGING MARKETS INDEX FUND (FPADX) | A | Dividend | J | T | | | | | |
| 9. FIDELITY LARGE CAP GROWTH INDEX FUND (FSPGX) | A | Dividend | J | T | Sold (part) | 07/14/20 | J | | |
| 10. | A | Distribution | | | Sold (part) | 04/16/20 | J | | |
| 11. VANGUARD SPECIALIZED FUNDS DIV APP ETF (VIG) | A | Dividend | J | T | | | | | |
| 12. VANGUARD WHITEHALL FDS INTL DVD ETF (VIGI) | A | Dividend | J | T | Buy | 04/16/20 | J | | |
| 13. VANGUARD WHITEHALL FDS INTL HIGH ETF (VYMI) | A | Dividend | | | Sold | 04/16/20 | J | | |
| 14. Brokerage Account #1 (H) | | | | | | | | | |
| 15. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 16. FIDELITY ADVISOR NEW INSIGHTS CL Z (FZANX) | A | Dividend | M | T | | | | | |
| 17. | E | Distribution | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. THE GROWTH FUND OF AMERICA F3 (GAFFX) | B | Dividend | M | T | | | | | |
| 19. | D | Distribution | | | | | | | |
| 20. VANGUARD SHORT TERM TAX EXEMPT ADMIRAL (VWSUX) | A | Dividend | L | T | Buy | 04/24/20 | L | | |
| 21. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 22. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 23. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 24. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 25. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 26. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 27. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 28. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 29. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 30. GOLDMAN SACHS ETF TR ACTIVEBETA INT (GSIE) | A | Dividend | M | T | Buy | 04/27/20 | L | | |
| 31. VANGUARD SPECIALIZED FUNDS DIV APP ETF (VIG) | D | Dividend | N | T | | | | | |
| 32. VANGUARD MID CAP VALUE INDEX FUND (VOE) | A | Dividend | | | Sold | 04/27/20 | K | A | |
| 33. ISHARES TRUST CORE MSCI EAFE ETF (IEFA) | | None | | | Buy | 04/14/20 | K | | |
| 34. | | | | | Sold | 04/27/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ISHARES S&P SMALLCAP 600 VALUE INDEX FUND (IJS) | | None | | | Buy | 04/21/20 | K | | |
| 36. | | | | | Sold | 04/27/20 | K | A | |
| 37. HARTFORD INTRNL EQUITY FUND CL F (HDVFX) | | None | | | Sold | 04/24/20 | L | A | |
| 38. FIDELITY EMERGING MARKETS INDEX FUND (FPADX) | | None | | | Sold | 04/24/20 | K | A | |
| 39. VANGUARD SMALL CAP VALUE ETF (VBR) | A | Dividend | | | Sold | 04/21/20 | K | A | |
| 40. VANGUARD INTL EQUITY INDEX FDS ALLWRLD EX US (VEU) | A | Dividend | | | Sold | 04/14/20 | K | A | |
| 41. IRA #2 (H) | | | | | | | | | |
| 42. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | K | T | | | | | |
| 43. FIDELITY INTERNATL INDEX FUND (FSPSX) | A | Dividend | K | T | Sold (part) | 04/17/20 | K | | |
| 44. | | | | | Buy (add'l) | 10/19/20 | J | | |
| 45. FIDELITY 500 INDEX FUND (FXAIX) | C | Dividend | M | T | Sold (part) | 04/17/20 | L | | |
| 46. FIDELITY SMALL CAP INDEX FUND (FSSNX) | A | Dividend | L | T | Sold (part) | 10/19/20 | J | | |
| 47. FIDELITY MID CAP INDEX FUND (FSMDX) | A | Dividend | L | T | Sold (part) | 10/19/20 | J | | |
| 48. | B | Distribution | | | | | | | |
| 49. FIDELITY EMERGING MARKETS INDEX FUND (FPADX) | A | Dividend | K | T | Sold (part) | 04/17/20 | K | | |
| 50. FIDELITY LARGE CAP GROWTH INDEX FUND (FSPGX) | A | Dividend | M | T | Sold (part) | 04/17/20 | K | | |
| 51. | B | Distribution | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VANGUARD HI YIELD CORPORATE ADMIRAL (VWEAX) | B | Dividend | L | T | Buy | 04/17/20 | L | | |
| 53. VANGUARD GNMA ADMIRAL (VFIJX) | A | Dividend | L | T | Buy | 04/17/20 | L | | |
| 54. VANGUARD SPECIALIZED FUNDS DIV APP ETF (VIG) | B | Dividend | L | T | Sold (part) | 04/17/20 | K | | |
| 55. VANGUARD WHITEHALL FDS INTL DVD ETF (VIGI) | A | Dividend | K | T | Buy | 04/20/20 | K | | |
| 56. INVESCO EXCH TRADED FD TR II TAXABLE MUN BD (BAB) | A | Dividend | K | T | Buy | 07/15/20 | K | | |
| 57. VANGUARD WHITEHALL FDS INTL HIGH ETF (VYMI) | A | Dividend | | | Sold | 04/16/20 | L | | |
| 58. Brokerage Account #2 (H) | | | | | | | | | |
| 59. FIDELITY GOVERNMENT CASH RESERVES (FDRXX) | A | Interest | J | T | | | | | |
| 60. THE GROWTH FUND OF AMERICA F3 (GAFFX) | B | Dividend | O | T | | | | | |
| 61. | B | Distribution | | | | | | | |
| 62. THE INCOME FUND OF AMERICA F3 (FIFAX) | D | Dividend | M | T | Buy (add'l) | 03/17/20 | J | | |
| 63. | | | | | Buy (add'l) | 06/16/20 | J | | |
| 64. | | | | | Sold (part) | 07/01/20 | K | E | |
| 65. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 66. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 67. | | | | | Buy (add'l) | 12/16/20 | J | | |
| 68. VANGUARD SHORT TERM TAX EXEMPT ADMIRAL (VWSUX) | B | Dividend | M | T | Buy | 04/23/20 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 70. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 71. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 72. | | | | | Sold (part) | 07/01/20 | K | A | |
| 73. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 74. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 75. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 76. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 77. | | | | | Buy (add'l) | 11/30/20 | J | | |
| 78. | | | | | Buy (add'l) | 12/31/20 | J | | |
| 79. GOLDMAN SACHS ETF TR ACTIVEBETA INT (GSIE) | B | Dividend | M | T | Buy | 04/27/20 | L | | |
| 80. VANGUARD SPECIALIZED FUNDS DIV APP ETF (VIG) | C | Dividend | N | T | | | | | |
| 81. VANGUARD WHITEHALL FDS HIGH DIV YLD (VYM) | C | Dividend | M | T | | | | | |
| 82. VANGUARD INTL EQUITY INDEX FDS TT WRLD ST ETF (VT) | C | Dividend | M | T | | | | | |
| 83. VANGUARD SMALL CAP VALUE ETF (VBR) | A | Dividend | | | Sold | 04/21/20 | K | A | |
| 84. ISHARES S&P SMALLCAP 600 VALUE INDEX FUND (IJS) | | None | | | Buy | 04/21/20 | K | | |
| 85. | | | | | Sold | 04/27/20 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  CAPITAL WORLD GROWTH AND INCOME F3 (FWGIX) | B | Dividend | | | Sold | 04/24/20 | M | E | |
| 87. | | | | | Buy (add'l) | 03/17/20 | J | | |
| 88.  FIDELITY EMERGING MARKETS INDEX FUND (FPADX) | | None | | | Sold | 04/24/20 | L | A | |
| 89.  VANGUARD MID-CAP VALUE INDEX FUND (VOE) | A | Dividend | | | Sold | 04/27/20 | K | A | |
| 90.  Annuity #1 (H) | | | | | | | | | |
| 91.  FIDELITY LIFE PRA: HIGH INCOME (9060) (9060-3002) | | None | J | T | Buy (add'l) | 11/12/20 | J | | |
| 92. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 93. | | | | | Sold (part) | 05/12/20 | J | | |
| 94. | | | | | Buy (add'l) | 02/12/20 | J | | |
| 95.  FIDELITY LIFE PRA: INDEX 500 (9064) (9064-3006) | | None | M | T | Sold (part) | 11/12/20 | J | | |
| 96. | | | | | Sold (part) | 08/12/20 | J | | |
| 97. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 98. | | | | | Sold (part) | 02/12/20 | J | | |
| 99.  FIDELITY LIFE PRA: BOND INDEX (9461) (9461-3240) | | None | K | T | Buy (add'l) | 11/12/20 | J | | |
| 100. | | | | | Buy (add'l) | 08/12/20 | J | | |
| 101. | | | | | Sold (part) | 05/12/20 | J | | |
| 102. | | | | | Buy (add'l) | 02/12/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. FIDELITY LIFE PRA: INTERNATIONAL INDEX (9473) (9473-3243) | | None | L | T | Sold (part) | 11/12/20 | J | | |
| 104. | | | | | Sold (part) | 08/12/20 | J | | |
| 105. | | | | | Buy (add'l) | 05/12/20 | J | | |
| 106. | | | | | Buy (add'l) | 02/12/20 | J | | |
| 107. Annuity #2 (H) | | | | | | | | | |
| 108. Vanguard Variable Insurance Fund - Equity Income Portfolio (0108) | | None | K | T | Sold (part) | 04/23/20 | J | | |
| 109. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 110. Vanguard Variable Insurance Fund Growth Portfolio (0109) | | None | K | T | Sold (part) | 04/23/20 | J | | |
| 111. | | | | | Sold (part) | 10/23/20 | J | | |
| 112. Vanguard Variable Insurance Fund - Mid-Cap Index Portfolio (0288) | | None | J | T | Buy (add'l) | 04/23/20 | J | | |
| 113. | | | | | Sold (part) | 10/23/20 | J | | |
| 114. Vanguard Variable Insurance Fund Tot Intl Stock Market Ind Port (1557) | | None | K | T | Buy (add'l) | 04/23/20 | J | | |
| 115. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 116. Annuity #3 (H) | | | | | | | | | |
| 117. Vanguard Variable Insurance Fund - Equity Income Portfolio (0108) | | None | M | T | Sold (part) | 01/23/20 | J | | |
| 118. | | | | | Sold (part) | 04/23/20 | J | | |
| 119. | | | | | Buy (add'l) | 07/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 10/24/20 | J | | |
| 121. Vanguard Variable Insurance Fund - Growth Portfolio (0109) | None | | L | T | Sold (part) | 01/23/20 | J | | |
| 122. | | | | | Sold (part) | 04/23/20 | J | | |
| 123. | | | | | Sold (part) | 07/23/20 | J | | |
| 124. | | | | | Sold (part) | 10/24/20 | J | | |
| 125. Vanguard Variable Insurance Fund - Mid Cap Index Portfolio (0288) | None | | K | T | Buy (add'l) | 01/23/20 | J | | |
| 126. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 127. | | | | | Sold (part) | 07/23/20 | J | | |
| 128. | | | | | Sold (part) | 10/24/20 | J | | |
| 129. Vanguard Variable Insurance Fund - Tot Intl Stock Mark Ind Port(1557) | None | | L | T | Buy (add'l) | 01/23/20 | J | | |
| 130. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 131. | | | | | Sold (part) | 07/23/20 | J | | |
| 132. 401(k) #1 (H) | | | | | | | | | |
| 133. Hartford Intl Opportunities R5 (IHOTX) | None | | N | T | Buy (add'l) | 01/27/20 | J | | |
| 134. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 135. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 136. | | | | | Buy (add'l) | 03/30/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 138. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 139. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 140. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 141. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 142. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 143. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 144. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 145. Schwab S&P 500 Index (SWPPX) | None | | P1 | T | Buy (add'l) | 01/27/20 | J | | |
| 146. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 147. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 148. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 149. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 150. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 151. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 152. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 153. | | | | | Buy (add'l) | 08/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 155. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 156. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 157. American Growth Fund of America R6 (RGAGX) | None | O | T | | Buy (add'l) | 01/27/20 | J | | |
| 158. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 159. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 160. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 161. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 162. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 163. | | | | | Buy (add'l) | 06/30/20 | J | | |
| 164. | | | | | Buy (add'l) | 07/31/20 | J | | |
| 165. | | | | | Buy (add'l) | 08/28/20 | J | | |
| 166. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 167. | | | | | Buy (add'l) | 11/04/20 | J | | |
| 168. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 169. Dodge & Cox Stock Fund (DODGX) | None | O | T | | Buy (add'l) | 01/27/20 | J | | |
| 170. | | | | | Buy (add'l) | 02/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 03/30/20 | J | | |
| 172. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 173. | | | | | Buy<br>(add'l) | 05/29/20 | J | | |
| 174. | | | | | Buy<br>(add'l) | 06/30/20 | J | | |
| 175. | | | | | Buy<br>(add'l) | 07/31/20 | J | | |
| 176. | | | | | Buy<br>(add'l) | 08/28/20 | J | | |
| 177. | | | | | Buy<br>(add'l) | 10/06/20 | J | | |
| 178. | | | | | Buy<br>(add'l) | 11/04/20 | J | | |
| 179. | | | | | Buy<br>(add'l) | 12/03/20 | J | | |
| 180. 401(k) #2 (H) | | | | | | | | | |
| 181. Schwab S&P 500 Index (SWPPX) | D | Dividend | O | T | Buy | 01/15/20 | N | | |
| 182. Harbor International Fund Institutional Class (HAINX) | | None | | | Sold | 01/15/20 | M | | |
| 183. Vanguard Institutional Index I (VINIX) | | None | | | Sold | 01/15/20 | K | | |
| 184. American Growth Fund of America R6 (RGAGX) | C | Dividend | N | T | | | | | |
| 185. Dodge & Cox Stock Fund (DODGX) | C | Dividend | M | T | | | | | |
| 186. Hartford Intl Opportunities R5 (IHOTX) | B | Dividend | M | T | Buy | 01/15/20 | M | | |
| 187. Bank Account #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Regions Bank 1 | A | Interest | N | T | | | | | |
| 189. Bank Account #2 (H) | | | | | | | | | |
| 190. ASI Federal Credit Union | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **van Meerveld, Janis** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. No longer holding board position on Susan G. Komen

2.. No assets are reportable relative to the position of executor listed in Part 1.

3. For Annuity #2, Vanguard Variable Insurance Fund- Equity Income Portfolio (0108) and Vanguard Equity Index reported on 2019 report are the same investment. Vanguard Variable Insurance Fund- Equity Income Portfolio (0108) does not represent purchase of a new investment but provides further clarification and the full name of the investment.

4. For Annuity #2, Vanguard Variable Insurance Fund- Growth Portfolio (0109) and Vanguard Growth Index reported on 2019 report are the same investment. Vanguard Variable Insurance Fund- Growth Portfolio (0109) does not represent purchase of a new investment but provides further clarification and the full name of the investment.

5. For Annuity #2, Vanguard Variable Insurance Fund- Mid Cap Index Portfolio (0288) and Vanguard Mid-Cap Index reported on 2019 report are the same investment. Vanguard Variable Insurance Fund- Mid Cap Index Portfolio (0288) does not represent purchase of a new investment but provides further clarification and the full name of the investment.

6. For Annuity #2, Vanguard Variable Insurance Fund- Total International Stock Market Index Portfolio (1557) and Vanguard Total International Stock Market Index reported on 2019 report are the same investment. Vanguard Variable Insurance Fund- Total International Stock Market Index Portfolio (1557) does not represent purchase of a new investment but provides further clarification and the full name of the investment.

7. For Annuity #3, Vanguard Variable Insurance Fund- Equity Income Portfolio (0108) and Vanguard Equity Index reported on 2019 report are the same investment. Vanguard Variable Insurance Fund- Equity Income Portfolio (0108) does not represent purchase of a new investment but provides further clarification and the full name of the investment.

8. For Annuity #3, Vanguard Variable Insurance Fund- Growth Portfolio (0109) and Vanguard Growth Index reported on 2019 report are the same investment. Vanguard Variable Insurance Fund- Growth Portfolio (0109) does not represent purchase of a new investment but provides further clarification and the full name of the investment.

9. For Annuity #3, Vanguard Variable Insurance Fund- Mid Cap Index Portfolio (0288) and Vanguard Mid-Cap Index reported on 2019 report are the same investment. Vanguard Variable Insurance Fund- Mid Cap Index Portfolio (0288) does not represent purchase of a new investment but provides further clarification and the full name of the investment.

10. For Annuity #3, Vanguard Variable Insurance Fund- Total International Stock Market Index Portfolio (1557) and Vanguard Total International Stock Market Index reported on 2019 report are the same investment. Vanguard Variable Insurance Fund- Total International Stock Market Index Portfolio (1557) does not represent purchase of a new investment but provides further clarification and the full name of the investment.

| Name of Person Reporting | Date of Report |
|---|---|
| van Meerveld, Janis | 05/07/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Janis van Meerveld**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544